# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**MARCUS MILTON,**

    Petitioner,

v.                                     Case No: 5:21-cv-129-WFJ-PRL

**WARDEN, FCC COLEMAN,**

    Respondent.
_____

## ORDER

Petitioner initiated this action on January 17, 2020 by filing a *pro se* Petition for Writ of Habeas Corpus (Doc. 1). The Court entered an Endorsed Order on October 20, 2021 directing Petitioner to show cause why this matter should not be dismissed because he sought relief from his underlying sentence (a section 2255 remedy) rather than the execution of his sentence (a section 2241 remedy). (Doc. 63). Petitioner was warned that failure to respond would result in dismissal for further notice. (Doc. 63). As of the date of this Order, Petitioner has not filed a response, or requested an extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

    1.    This case is **DISMISSED** without prejudice.

    2.    The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on December 16, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party